

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **American Realty Capital Hospitality Trust, Inc. dba American Realty Universal**
**Bankruptcy Case:** **RCS Capital Corporation, et al.**
**Preference Period:** **Nov 2, 2015 - Jan 31, 2016**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016b | $32,771.25 | 1/19/2016 | Com:150001570 | 12/30/2015 | $360.88 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016a | $1,304.88 | 1/19/2016 | Com:150001570 | 12/30/2015 | $360.88 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016a | $1,304.88 | 1/19/2016 | Com:150173620 | 1/13/2016 | $8,250.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016a | $1,304.88 | 1/19/2016 | Com:150260840 | 1/13/2016 | $1,440.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016a | $1,304.88 | 1/19/2016 | Com:150331953 | 12/29/2015 | $3,500.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016a | $1,304.88 | 1/19/2016 | Com:150331995 | 12/30/2015 | $944.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150009906 | 12/23/2015 | $10,500.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016a | $1,304.88 | 1/19/2016 | Com:150332174 | 1/13/2016 | $206.25 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91743 | 11/27/2015 | $4,000.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016b | $32,771.25 | 1/19/2016 | Com:150173620 | 1/13/2016 | $8,250.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016b | $32,771.25 | 1/19/2016 | Com:150260840 | 1/13/2016 | $1,440.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016b | $32,771.25 | 1/19/2016 | Com:150331953 | 12/29/2015 | $3,500.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016b | $32,771.25 | 1/19/2016 | Com:150331995 | 12/30/2015 | $944.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016b | $32,771.25 | 1/19/2016 | Com:150332076 | 1/14/2016 | $19,375.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/12/2016 | $20,900.07 | 1/12/2016 | Com:100009 | 1/7/2016 | $0.07 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016a | $1,304.88 | 1/19/2016 | Com:150332076 | 1/14/2016 | $19,375.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91440 | 11/17/2015 | $2,025.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/12/2016 | $20,900.07 | 1/12/2016 | Com:150037864 | 1/4/2016 | $1,400.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/12/2016 | $20,900.07 | 1/12/2016 | Com:150078847 | 1/5/2016 | $2,720.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/12/2016 | $20,900.07 | 1/12/2016 | Com:150164167 | 12/31/2015 | $3,480.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/12/2016 | $20,900.07 | 1/12/2016 | Com:150331951 | 1/4/2016 | $7,000.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/12/2016 | $20,900.07 | 1/12/2016 | Com:150332028 | 1/4/2016 | $6,300.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91306 | 11/16/2015 | $15,883.53 |

American Realty Capital Hospitality Trust, Inc. dba American Realty Universal (2076386)
Bankruptcy Case: RCS Capital Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91828 | 12/4/2015 | $2,643.50 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91369 | 11/16/2015 | $1,155.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91766 | 12/1/2015 | $1,200.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91445 | 11/17/2015 | $2,025.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91561 | 11/19/2015 | $348.75 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91626 | 11/23/2015 | $3,200.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91627 | 11/23/2015 | $927.08 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91672 | 11/24/2015 | $2,550.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150018078 | 12/30/2015 | $2,800.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/13/2016 | $42,341.86 | 1/13/2016 | Com:91323 | 11/16/2015 | $6,384.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150039196-8 | 12/29/2015 | $35,000.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150021488 | 12/28/2015 | $512.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150037867 | 12/29/2015 | $13,300.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150037873 | 12/23/2015 | $1,470.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150039196-1 | 12/29/2015 | $21,700.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150039196-2 | 12/29/2015 | $30,300.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/19/2016b | $32,771.25 | 1/19/2016 | Com:150332174 | 1/13/2016 | $206.25 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150039196-7 | 12/29/2015 | $10,552.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150332023 | 12/31/2015 | $3,875.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150039196-9 | 12/29/2015 | $30,300.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150150570 | 12/30/2015 | $6,000.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150294830 | 12/28/2015 | $581.25 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150295016-1 | 12/24/2015 | $2,400.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150295016-2 | 12/28/2015 | $172.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150331952 | 12/29/2015 | $3,500.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150039196-3 | 12/29/2015 | $15,564.20 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150039196-9 | 12/29/2015 | $30,300.00 |

American Realty Capital Hospitality Trust, Inc. dba American Realty Universal (2076386)
Bankruptcy Case: RCS Capital Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150021488 | 12/28/2015 | $512.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150037867 | 12/29/2015 | $13,300.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150037873 | 12/23/2015 | $1,470.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150039196-1 | 12/29/2015 | $21,700.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150039196-2 | 12/29/2015 | $30,300.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150039196-3 | 12/29/2015 | $15,564.20 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150018078 | 12/30/2015 | $2,800.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150039196-8 | 12/29/2015 | $35,000.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150009906 | 12/23/2015 | $10,500.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150150570 | 12/30/2015 | $6,000.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150294830 | 12/28/2015 | $581.25 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150295016-1 | 12/24/2015 | $2,400.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150295016-2 | 12/28/2015 | $172.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150331952 | 12/29/2015 | $3,500.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016b | $1,403.25 | 1/5/2016 | Com:150332023 | 12/31/2015 | $3,875.00 |
| Realty Capital Securities, LLC | Realty Capital Securities, LLC | Wire:1/5/2016a | $108,449.20 | 1/5/2016 | Com:150039196-7 | 12/29/2015 | $10,552.00 |

**Totals:** 6 transfer(s), $207,170.51