# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re:   RCS Capital Corporation, *et al.*,<br>                                             Debtors. | Chapter 11<br><br>Case No.: 16-10223 (MFW) |
| RCS Creditor Trust,<br>                           Plaintiff<br>       v.<br><br>American Realty Capital Hospitality Trust, Inc.<br>dba American Realty Universal,<br>                           Defendant. | Adv. Proc. No.: 18-50169 |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>     824 Market Street, 3rd Floor
>     Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney:<br>**Primary Counsel:**<br>Joseph L. Steinfeld, Jr., DC SBN 297101<br>MN SBN 0266292, VA SBN 18666<br>Gary Underdahl, MN SBN 0301693<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>**Telephone:** 651-289-3857<br>**Fax:** (651) 406-9676<br>**E-Mail:** gunderdahl@askllp.com | Name and Address of Plaintiff's Attorney:<br>**Co-Counsel:**<br>Benjamin W. Keenan, Esq. (DE No. 4724)<br>David F. Cook, Esq. (DE No. 6352)<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 654-1888<br>Email: bkeenan@ashby-geddes.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address:                                      Room:   Courtroom No. 4
>     824 North Market Street           Floor:    5th Floor
>     Wilmington, DE 19801             Date and Time: April 24, 2018 @ 10:30 AM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
  Court for the District
      of Delaware                                                              /s/ *Una O'Boyle*
                                                                                   Clerk of the Bankruptcy Court

Date:   February 5, 2018