**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RCS CAPITAL CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-10223(MFW)<br><br>(Jointly Administered) |
| RCS Creditor Trust,<br>                          Plaintiff,<br><br>v.<br><br>Hospitality Investors Trust, Inc., fka American Realty Capital Hospitality Trust, Inc.,<br>                          Defendant. | Adv. No. 18-50169 |

**STIPULATION EXTENDING TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, RCS Creditor Trust ("Plaintiff") and Hospitality Investors Trust, Inc., fka American Realty Capital Hospitality Trust, Inc. ("Defendant") hereby stipulate to extend the time within which Defendant must answer, move, or otherwise respond to the Complaint in the above-captioned adversary proceeding by twenty-eight (28) days, through and including April 4, 2018.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The "RCS Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas Inc. (9203); SK Research LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The RCS Debtors' corporate headquarters and mailing address is located at 245 Parle Avenue, 39th Floor, New York, NY 10167.

{01297330;v1 }

Dated: March 5, 2018

| ASHBY & GEDDES, P.A. | PROSKAUER ROSE LLP |
|---|---|
| By: */s/  Benjamin W. Keenan* <br> Benjamin W. Keenan (No. 4724) <br> David F. Cook (No. 6352) <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 654-1888 <br> Email: bkeenan@ashby-geddes.com | By: */s/ Vincent Indelicato* <br> Vincent Indelicato <br> Eleven Times Square <br> New York, NY 10036 <br> Telephone: (212) 969-3000 <br> Fax: (212) 969-2900 <br> Email: vindelicato@proskauer.com |
| *- and -* | *Counsel for Defendant* |
| Joseph L. Steinfeld, Jr. <br> MN SBN 0266292 <br> ASK LLP <br> 2600 Eagan Woods Drive, Suite 400 <br> St. Paul, MN 55121 <br> Telephone: (651)-289-3850 <br> Fax: (651) 406-9676 <br> Email: jsteinfeld@askllp.com | |
| *-and-* | |
| Edward E. Neiger <br> Marianna Udem NY SBN 4543245 <br> 151 West 46th Street, 4th Fl. <br> New York, NY 10036 <br> Telephone: (212) 267-7342 <br> Fax: (212) 918-3427 <br> Email: mudem@askllp.com | |
| *Counsel for Plaintiff* | |