## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCS CAPITAL CORPORATION, *et al.,* | Case No. 16-10223(MFW) |
| Debtors.[1] | (Jointly Administered) |
| RCS Creditor Trust, <br><br> Plaintiff, <br><br> v. <br><br> American Realty Capital Hospitality Trust, Inc. dba American Realty Universal, <br><br> Defendant. | Adv. No. 18-50169 |

## STIPULATION EXTENDING TIME FOR
## DEFENDANT TO RESPOND TO COMPLAINT

Pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware, RCS Creditor Trust ("Plaintiff") and

Hospitality Investors Trust, Inc., fka American Realty Capital Hospitality Trust, Inc.

("Defendant") hereby stipulate to extend the time within which Defendant must answer, move, or

otherwise respond to the Complaint in the above-captioned adversary proceeding by twenty-eight

(28) days, through and including April 4, 2018.


*[Remainder of Page Intentionally Left Blank]*

---

[1]    The "RCS Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas Inc. (9203); SK Research LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The RCS Debtors' corporate headquarters and mailing address is located at 245 Parle Avenue, 39th Floor, New York, NY 10167.

{01297330;v1 }

Dated: March 5, 2018

ASHBY & GEDDES, P.A.

By: */s/   Benjamin W. Keenan*
Benjamin W. Keenan (No. 4724)
David F. Cook (No.  6352)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
Email: bkeenan@ashby-geddes.com

*- and -*

Joseph L. Steinfeld, Jr.
MN SBN 0266292
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651)-289-3850
Fax: (651) 406-9676
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger
Marianna Udem NY SBN 4543245
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
Email: mudem@askllp.com

*Counsel for Plaintiff*

PROSKAUER ROSE LLP

By: */s/ Vincent Indelicato*
Vincent Indelicato
Eleven Times Square
New York, NY 10036
Telephone:  (212) 969-3000
Fax:  (212) 969-2900
Email: vindelicato@proskauer.com

*Counsel for Defendant*